

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00175-CV

MANOWAR AZIZ AND AB TRANSPORT AND TRUCKING, Appellants

V.

ABDUL WARIS, INDIVIDUALLY, AND ON BEHALF OF PROGRESSIVE
TRUCKING, INC., AS SHAREHOLDER, Appellee

Appeal from 133rd Judicial District Court of Harris County (Tr. Ct. No. 2013-09984).

**TO THE 133RD JUDICIAL DISTRICT COURT OF HARRIS COUNTY,
GREETINGS:**

Before this Court, on the 27th day of August 2015, the cause upon appeal to revise
or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by
> the trial court on December 19, 2014.   After due
> consideration, the Court **grants** the motion to dismiss the
> appeal filed by the appellee.   Accordingly, the Court
> **dismisses** the appeal.
>
> The Court **orders** that costs be taxed against appellant.
>
> The Court **orders** that this decision be certified below
> for observance.
>
> Judgment rendered August 27, 2015.
>
> Per curiam opinion delivered by panel consisting of Chief
> Justice Radack and Justices Higley and Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

November 6, 2015

Date

*[signature]* Christopher A. Prine

CHRISTOPHER A. PRINE
CLERK OF THE COURT

